

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00034-CV

**IN THE INTEREST OF A.E.C.**, A.S.C., and A.C., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI10644
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  March 14, 2018

DISMISSED FOR WANT OF PROSECUTION

In this appeal, the clerk's record was due on February 9, 2018.  *See* TEX. R. APP. P. 35.1(a). A few days later, the Bexar County District Clerk notified this court that Appellant Ana Sol Victorino a/k/a Ana Sol Crespo had not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

On February 14, 2018, we ordered Appellant to file written proof with this court by February 26, 2018, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee.  We warned Appellant that if she failed to respond as ordered, this appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court.  Therefore, we dismiss this appeal for want of prosecution.  *See id.* R. 37.3(b), 42.3(b), (c).

PER CURIAM